IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02057-JMY |
| ) | |
| CITY OF PHILADELPHIA, et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION EXTENDING DEADLINES**

It is hereby stipulated and agreed, by and between the undersigned counsel, that:

The deadline for any response to the Motion of Defendants, Former Assistant District Attorney David Desiderio and Former District Attorney Lynne Abraham, to Dismiss Plaintiff's Complaint, filed on behalf of Plaintiff Theophalis (Binky) Wilson, shall be extended by 45 days to December 6, 2021. Defendants Former Assistant District Attorney David Desiderio and Former District Attorney Lynne Abraham's Reply shall be due on January 5, 2022.

Date: October 21, 2021

Respectfully submitted,

By: /s/ *Kimberly K. Winter*
Michael J. Abrams *
Kimberly K. Winter *
Alana McMullin *
(admitted *pro hac vice*)
LATHROP GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
(816) 292-2000
kim.winter@lathropgpm.com

and

By: /s/ *Joseph J. Santarone*
Joseph J. Santarone
Attorney ID: 45723
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 Market St., Suite 2300
Philadelphia, PA 19103
(215) 575-2626
jjsantarone@mdwcg.com

ATTORNEYS FOR DEFENDANTS
FORMER ASSISTANT DISTRICT
ATTORNEY DAVID DESIDERIO AND
FORMER DISTRICT ATTORNEY LYNNE
ABRAHAM

47739666v.1

Francesco P. Trapani
KREHER & TRAPANI LLP
Two Penn Center Plaza
1500 John F. Kennedy Blvd., Suite 900
Philadelphia, PA  19102
(215) 907-7289
frank@krehertrapani.com

ATTORNEYS FOR PLAINTIFF

47739666v.1