IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:21-cv-02057-JMY |
| CITY OF PHILADELPHIA, et al. | ) |
| **Defendants.** | ) |

## STIPULATION EXTENDING DEADLINES

It is hereby stipulated and agreed, by and between the undersigned counsel, that:

The deadline for any response to Defendants City of Philadelphia and Frank Margerum's Partial Motion to Dismiss, filed on behalf of Plaintiff Theophalis (Binky) Wilson, shall be extended by 45 days to December 10, 2021. Defendants City of Philadelphia and Frank Margerum's Reply shall be due on January 10, 2022.

Date: October 21, 2021

Respectfully submitted,

By: /s/ *Kimberly K. Winter*
Michael J. Abrams *
Kimberly K. Winter *
Alana McMullin *
(admitted *pro hac vice*)
LATHROP GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
(816) 292-2000
kim.winter@lathropgpm.com

and

By: /s/ *Danielle E. Walsh*
Danielle E. Walsh (PA ID No. 312438)
Deputy City solicitor
Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW
DEPARTMENT
DIANA CORTES, CITY SOLICITOR
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 686-0464
danielle.walsh@phila.gov

ATTORNEYS FOR DEFENDANTS CITY
OF PHILADELPHIA AND FRANK
MARGERUM

47740001v.1

Francesco P. Trapani
KREHER & TRAPANI LLP
Two Penn Center Plaza
1500 John F. Kennedy Blvd., Suite 900
Philadelphia, PA  19102
(215) 907-7289
frank@krehertrapani.com

ATTORNEYS FOR PLAINTIFF