IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF PHILADELPHIA, PENNSYLVANIA; FORMER DISTRICT ATTORNEY LYNNE ABRAHAM; FORMER ASSISTANT DISTRICT ATTORNEY DAVID DESIDERIO, et al. | ) Case No. 2:21-cv-02057-JMY |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Theophalis (Binky) Wilson ("Wilson"), by and through his undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses **Count XI** of his Complaint for Respondeat Superior against Defendant The City of Philadelphia, Pennsylvania.

Date: December 10, 2021

Respectfully submitted,

By: /s/ *Kimberly K. Winter*
Michael J. Abrams (Admitted *Pro Hac Vice*)
Kimberly K. Winter (Admitted *Pro Hac Vice*)
Alana McMullin (Admitted *Pro Hac Vice*)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
michael.abrams@lathropgpm.com
kim.winter@lathropgpm.com
alana.mcmullin@lathropgpm.com

and

Francesco P. Trapani
KREHER & TRAPANI LLP
Two Penn Center Plaza
1500 John F. Kennedy Blvd., Suite 900
Philadelphia, PA  19102
Telephone: (215) 907-7289
frank@krehertrapani.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 10, 2021, I caused a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal to be served via CM/ECF filing upon counsel for all parties.

/s/ *Kimberly K. Winter*
One of the Attorneys for Plaintiff