UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, : | |
| : | |
| *Plaintiff,* : | |
| : | |
| v. : | |
| : No. 2:21-cv-02057 | |
| CITY OF PHILADELPHIA; ET AL., : | |
| : | |
| *Defendants.* : | |
| : | |

# ORDER

**AND NOW**, this 22nd day of December, 2021, upon consideration of the Stipulation (ECF No. 19) by and between Plaintiff and Defendants City of Philadelphia and Frank Margerum ("Defendants") to extend the time to respond to Plaintiff's Motion in Opposition for Motion to Dismiss (ECF No. 22), it is **ORDERED** that the Defendants shall answer or otherwise respond no later than **January 10, 2022**:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**