UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, | : |
| *Plaintiff,* | : |
| v. | : No. 2:21-cv-02057 |
| CITY OF PHILADELPHIA; ET AL., | : |
| *Defendants.* | : |

## ORDER

**AND NOW**, this 22nd day of December, 2021, upon consideration of Defendants Former Assistant District Attorney David Desiderio and Former District Attorney Lynne Abraham unopposed request for an extension of time to respond to Plaintiff's Motion in Opposition the Motion to Dismiss (ECF No. 21), it is **ORDERED** that the request is **GRANTED**, and Defendants shall answer or otherwise respond not later than **December 28, 2021**:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**