UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, | : |
| *Plaintiff,* | : |
| v. | : No. 2:21-cv-02057 |
| CITY OF PHILADELPHIA; ET AL., | : |
| *Defendants.* | : |

# ORDER

**AND NOW**, this 22nd day of December, 2021, it is **ORDERED** that the Court's December 20, 2021 Order (ECF No. 25) is Vacated:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**