IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| CITY OF PHILADELPHIA, et al. | ) Case No. 2:21-cv-02057-JMY |
| Defendants. | ) |

**[PROPOSED] ORDER ACCOMPANYING DOC. 21**

AND NOW, this ____ day of _____, 2022, upon consideration of Defendants David Desiderio and Lynne Abraham's Motion to Dismiss Plaintiff's Complaint, and Plaintiff's Memorandum in Opposition thereto, it is hereby ORDERED that the Motion is DENIED. Plaintiff's claims against Defendants Desiderio and Abraham will continue to discovery.

_____
Judge John Milton Younge