IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| CITY OF PHILADELPHIA, et al. | ) Case No. 2:21-cv-02057-JMY |
| Defendants. | ) |

**[PROPOSED] ORDER ACCOMPANYING DOC. 22**

AND NOW, this ____ day of _____, 2022, upon consideration of Defendants City of Philadelphia and Frank Margerum's Partial Motion to Dismiss, and Plaintiff's Memorandum in Opposition thereto, it is hereby ORDERED that the Partial Motion is DENIED. Plaintiff's claims against Defendant Frank Margerum and the City of Philadelphia will continue to discovery.

_____
Judge John Milton Younge