### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02057-JMY |
| ) | |
| CITY OF PHILADELPHIA, ) | |
| PENNSYLVANIA, et al., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE OF PLAINTIFF'S RULE 26 DISCLOSURES

Plaintiff Theophalis (Binky) Wilson ("Wilson"), by and through his undersigned attorneys, hereby certifies that his Rule 26 Disclosures were served on defendants' counsel via email the 25th day of January, 2022.

Date: January 25, 2022    Respectfully submitted,

By: /s/ *Kimberly K. Winter*
Michael J. Abrams (Admitted *Pro Hac Vice*)
Kimberly K. Winter (Admitted *Pro Hac Vice*)
Alana McMullin (Admitted *Pro Hac Vice*)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
michael.abrams@lathropgpm.com
kim.winter@lathropgpm.com
alana.mcmullin@lathropgpm.com

and

2

        Francesco P. Trapani
        KREHER & TRAPANI LLP
        Two Penn Center Plaza
        1500 John F. Kennedy Blvd., Suite 900
        Philadelphia, PA  19102
        Telephone: (215) 907-7289
        frank@krehertrapani.com

        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2022, I caused a true and correct copy of the foregoing to be served via CM/ECF filing upon counsel for all parties.

        /s/ *Kimberly K. Winter*
        One of the Attorneys for Plaintiff