| | |
|---|---|
| **From:** | Danielle Walsh |
| **To:** | Dedra Brannan |
| **Cc:** | kim.winter_lathropgpm.com; Santarone, Joseph J. |
| **Subject:** | Judge Younge - Rule 16 Conference, 2/9/22, Theophalis Wilson v. City of Philadelphia, et al. 2:21-cv-02057 |
| **Date:** | Tuesday, February 8, 2022 2:41:38 PM |

**CAUTION - EXTERNAL:**

Good afternoon Ms. Brannan,

I am reaching out regarding a Rule 16 conference that is scheduled before Judge Younge tomorrow at 2:00.  It is my understanding that Mr. Nick Cummins will be entering an appearance for two of the defendants and is unavailable for the conference tomorrow.  All parties are in agreement to a continuance if that is amenable to the Court.  I am writing to inquire if you would prefer me to send an official letter via email to Judge Younge, or if there is a preference to formally file the letter on the docket.  I have cc'd all entered counsel to this correspondence.

Thank you,

Danielle E. Walsh
Divisional Deputy City Solicitor
City of Philadelphia Law Department
Civil Rights Unit – Overturned Conviction Division
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 686-0464 (phone)
(215) 683-5299 (fax)
danielle.walsh@phila.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.