**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THEOPHALIS (BINKY) WILSON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-2057-JMY |
| CITY OF PHILADELPHIA, PENNSYLVANIA, ETAL | : : | |

## ORDER RESCHEDULING RULE 16 CONFERENCE

AND NOW, this 8th day of February, 2022, it is **ORDERED** that the Fed. R. Civ. P. 16 conference, previously scheduled for February 9, 2022, at 2:00 p.m. is **RESCHEDULED** for **Tuesday, March, 8, 2022, at 11:00 a.m.**

Counsel shall appear by **VIDEO** and will be notified by Chambers staff via email of the conference link instructions. **All other requirements set forth in the original Order scheduling a Rule 16 conference (ECF No. 33**) are unchanged.

BY THE COURT:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**