\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 21, 2022 at 11:21:55 AM EST | | 128 | 3 | Received |

Case 2:21-cv-02057-JMY   Document 45   Filed 02/22/22   Page 1 of 3

02/21/2022 12:27 FAX                                                                    ☒ 0001/0003

# BENNETT BRICKLIN & SALTZBURG, LLC
## ATTORNEYS AT LAW

Centre Square, West Tower | 1500 Market Street, 32nd Floor
Philadelphia, PA 19102
Phone: (215) 561-4300 | Fax: (215) 561-6661

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.

**FILE NUMBER:** 4065-123597            **DATE:** February 21, 2022

**FROM:** Nicholas A. Cummins            **TELEPHONE:** (215) 665-3328

**FACSIMILE NO:** (215) 561-6661

| Attention: | Company: | Facsimile No: |
|---|---|---|
| Honorable John Milton Younge | USDC, Eastern District of Pennsylvania | (267) 299-7368 |

Number of Pages (including cover sheet): 3

| Message: | Theophalis Wilson v. City of Philadelphia, et al.<br>U.S.D.C., Eastern District of PA, No. 21-cv-2057 |
|---|---|

PLEASE CALL IMMEDIATELY IF THERE ARE ANY PROBLEMS WITH THIS FAX

# BENNETT, BRICKLIN & SALTZBURG LLC

ATTORNEYS AT LAW
CENTRE SQUARE, WEST TOWER | 1500 MARKET STREET, 32ND FLOOR
PHILADELPHIA, PA 19102
PHONE: (215) 561-4300 | FAX: (215) 561-6661

WWW.BBS-LAW.COM

DIRECT DIAL: (215) 665-3328
EMAIL: cummins@bbs-law.com

February 21, 2022

**_VIA FACSIMILE_**
Honorable John Younge
James A. Byrne U.S. Courthouse
601 Market Street, Room 4007
Philadelphia, PA 19106

RE: Theophalis Wilson v. City of Philadelphia, et al.
U.S.D.C., Eastern District of PA, No. 21-cv-02057
Our File No. 4065-123597

Dear Judge Younge:

I have recently been retained to represent defendants, Frank Jastrzembski and Manuel Santiago in this matter. Enclosed for the Court's approval is a proposed stipulation extending the time for my clients to respond to the amended complaint to March 3, 2022. If it meets with the Court's approval, I would respectfully request that the Court execute the stipulation and have it filed of record.

Thank you for your consideration of this matter.

Respectfully yours,

Nicholas A. Cummins

NAC/amp
Enclosure
cc:   *Via Email (w/enc.) –*
      Kimberly K. Winter, Esquire
      Danielle Walsh, Esquire
      Joseph J. Santarone, Esquire

PHILADELPHIA, PA | BLUE BELL, PA | LANCASTER, PA | PITTSBURGH, PA | LIVINGSTON, NJ | MARLTON, NJ | NEW YORK, NY


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON | : |
| v. | : |
| CITY OF PHILADELPHIA, PENNSYLVANIA, et al. | : NO: 21-cv-02057-JMY |

## STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT

AND NOW, on this 18th day of February, 2022, it is hereby STIPULATED and AGREED by the undersigned counsel on behalf of their respective clients that the time for **defendants, Frank Jastrzembski and Manuel Santiago**, to answer or otherwise respond to the amended complaint is extended to **March 3, 2022**.

**LATHROP GPM LLP**

*/s Kimberly K. Winter*
KIMBERLY K. WINTER
Attorney for Plaintiff,
Theophalis Wilson

**CITY OF PHILADELPHIA LAW DEPARTMENT**

*/s Danielle Walsh*
DANIELLE WALSH
Attorney for Defendants,
City of Philadelphia, Frank Margerum, Richard Harris, and Kevin Hollinshead

**BENNETT, BRICKLIN & SALTZBURG LLC**

*/s Nicholas A. Cummins*
NICHOLAS A. CUMMINS
Attorney for Defendants,
Frank Jastrzembski and Manuel Santiago

**MARSHALL DENNEHY WARNER COLEMAN & GOGGIN**

*/s Joseph J. Santarone*
JOSEPH J. SANTARONE
Attorney for Defendants,
Lynne Abraham and David Desiderio

**Approved and So Ordered,**

**BY THE COURT:**

_____
John M. Younge, U.S.D.J.

Date: _____