IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THEOPHALIS (BINKY) WILSON<br><br>v.<br><br>CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 21-2057-JMY |
|---|---|---|

**STIPULATION FOR EXTENSION TO RESPOND TO AMENDED COMPLAINT**

**AND NOW**, on this 22nd day of February, 2022, it is hereby STIPULATED and AGREED by all counsel on behalf of there respective clients that the time for **defendants, Frank Jastrzembski and Manuael Santiago,** to answer or otherwise respond to the amended complaint is extended to **March 3, 2022.**

                                                        **BY THE COURT:**

                                                   /s/ John Milton Younge
                                                **JUDGE JOHN MILTON YOUNGE**