IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEOPHALIS (BINKY) WILSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-02057-JMY |
| | ) | |
| CITY OF PHILADELPHIA, PENNSYLVANIA, et al., | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S DOCUMENT PRODUCTION

Plaintiff Theophalis (Binky) Wilson ("Wilson"), by and through his undersigned attorneys, hereby certifies the following documents were provided to defendants' counsel via Box as noted below:

Plaintiff's documents disclosed under Rule 26 (WILSON-0000001 - WILSON-0019067).

Date: February 25, 2022

Respectfully submitted,

By: /s/ *Alana McMullin*
Michael J. Abrams (Admitted *Pro Hac Vice*)
Kimberly K. Winter (Admitted *Pro Hac Vice*)
Alana McMullin (Admitted *Pro Hac Vice*)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
michael.abrams@lathropgpm.com
kim.winter@lathropgpm.com
alana.mcmullin@lathropgpm.com

and

>Francesco P. Trapani
>KREHER & TRAPANI LLP
>Two Penn Center Plaza
>1500 John F. Kennedy Blvd., Suite 900
>Philadelphia, PA  19102
>Telephone: (215) 907-7289
>frank@krehertrapani.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused a true and correct copy of the foregoing to be served via CM/ECF filing upon counsel for all parties.

>/s/ *Alana McMullin*
>One of the Attorneys for Plaintiff