# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEOPALIS WILSON,** | : | |
| *Plaintiff* | : | Case No.   21-cv-02057-JMY |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, on this 3rd day of March, 2022, upon consideration of Defendants' Frank Jastrzembski and Manual Santiago's Motion for Partial Stay (ECF No. 49) it is hereby **ORDERED** that oral argument shall be held on Defendants' Motion in Courtroom 4-A, James A. Byrne United States Courthouse 601 Market Street, Philadelphia, Pennsylvania 19106 on **March 21, 2022** at **11 a.m**. It is further **ORDERED** that the time for Defendants Jastrzembski and Manual Santiago to answer or otherwise respond to the Plaintiff's complaint shall be extended until **April 11, 2022**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
_____
**Judge John Milton Younge**