# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEOPHALIS WILSON,** | : | |
| | : | Case No.   21-cv-2057-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, PA, ETAL**, | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 4th day of March, 2022, it is hereby **ORDERED** that the initial pretrial conference in the above-captioned matter, scheduled for March 8, 2022 at 11:00 A.M. is **CANCELED**.

BY THE COURT:

/s/ *John Milton Younge*

Judge John Milton Younge