IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEOPHALIS WILSON** | : | CIVIL ACTION |
| | : | |
| v | : | NO. 21-cv-2057 |
| . | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |

## ORDER

**AND NOW**, this 22nd day of March 2022, for the reasons set forth on the record during the hearing on Defendants' Frank Jastrzembski and Manual Santiago's Motion for Partial Stay (ECF No. 49), it is **ORDERED** that oral arguments on the Motions shall be **CONTINUED** and rescheduled for **April 21, 2022 @ 11:30 AM,** which shall be held in Courtroom 4-A, James A. Byrne United States Courthouse 601 Market Street, Philadelphia, Pennsylvania 19106. It is further ORDERED that the time for Defendants Jastrzembski and Manual Santiago to answer or otherwise respond to the Plaintiff's complaint shall be extended until **May 6, 2022.**

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**