IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON | : |
| | : |
| v. | : NO: 21-cv-02057-JMY |
| | : |
| CITY OF PHILADELPHIA, PENNSYLVANIA, et al. | : |
| | : |

**ORDER**

AND NOW, on this 25th day of April, 2022, upon consideration of the Motion for Limited Stay by Defendants, Frank Jastrzembski and Manuel Santiago, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED, in PART, as follows:

1) The obligations of defendants Jastrzembski and Santiago to answer the complaint, respond to interrogatories or requests for admissions, and testify at deposition are STAYED pending further order of the Court.

2) If defendants Jastrzembski and Santiago choose to file a pre-answer motion in response to the complaint under Federal Rule of Civil Procedure 12, any such motion must be filed within thirty days of the date of this order.

3) Defendants Jastrzembski and Santiago are required to respond to Request for Production of Documents served by the other parties, subject to appropriate objections.

4) Defendants Jastrzembski and Santiago may attend, notice and inquire at all depositions, and propound written discovery requests. Defendants Jastrzembski and Santiago do not have the right to redepose any witnesses after the stay is lifted. Defendants Jastrzembski and Santiago must adhere to any discovery and scheduling orders entered in this matter.

5) Within forty five days of the date of this order, defendants Jastrzembski and Santiago must provide to all counsel written notification from their physicians indicating that they are not presently suffering from a terminal illness. Such letters shall be kept confidential, and shall not be distributed to any third parties or published on the dockets unless filed under seal pursuant to appropriate order by this Court.

6) Beginning sixty days from the date of this order, and every sixty days thereafter, defendants Jastrzembski and Santiago shall submit a status report to the Court regarding the status of Commonwealth v. Jastrzembski, MC-51-CR-0015176-2021 and Commonwealth v. Santiago, MC-51-CR-0015178-2021, so that the Court can consider whether the stay shall remain in place.

**BY THE COURT:**

/s/ *John Milton Younge*
John Milton Younge, U.S.D.J.