IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEOPHALIS (BINKY) WILSON | : | |
| v. | : | NO: 21-cv-02057-JMY |
| CITY OF PHILADELPHIA | : | |
| CHRISTOPHER WILLIAMS | : | **CONSOLIDATED** |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO: 21-cv-05268-JMY |

**THIRD STATUS REPORT ON BEHALF OF DEFENDANTS,
FRANK JASTRZEMBSKI AND MANUEL SANTIAGO**

On April 25, 2022, the Court entered a limited stay, by consent, as to defendants, Frank Jastrzembski and Manuel Santiago pending the outcome pending criminal proceedings at Commonwealth v. Jastrzembski, MC-51-CR-0015176-2021 and Commonwealth v. Santiago, MC-51-CR-0015178-2021.  The Court further ordered that a status report be provided every sixty days regarding the criminal proceedings.

The status of the criminal proceedings remains unchanged, with the matters scheduled for trial on September 18, 2023.  In these civil cases, motions to dismiss are pending, written discovery remains in progress, no deposition discovery has begun, the discovery deadline is February 22, 2023, and a settlement conference is pending.  As there is presently no pressing need for discovery from defendants Jastrzembski and Santiago, it is requested that the stay remain in place pending the next status update in sixty days.

Respectfully submitted,

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: */s Nicholas A. Cummins*
NICHOLAS A. CUMMINS
Attorney I.D. 203238
1500 Market Street, 32nd Floor
Philadelphia, PA  19102
(215) 665-3328 / cummins@bbs-law.com
Attorney for Defendants,
Frank Jastrzembski and Manuel Santiago

Date:  November 11, 2022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON | : |
| v. | : NO: 21-cv-02057-JMY |
| CITY OF PHILADELPHIA | : |
| CHRISTOPHER WILLIAMS | : **CONSOLIDATED** |
| v. | : |
| CITY OF PHILADELPHIA | : NO: 21-cv-05268-JMY |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Status Report was served on this date on all interested counsel by way of electronic filing with the Court.

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: */s Nicholas A. Cummins*
NICHOLAS A. CUMMINS
Attorney I.D. 203238
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA  19102
(215) 665-3328
cummins@bbs-law.com
Attorney for Defendants,
Frank Jastrzembski and Manuel Santiago

Date:  November 11, 2022