**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THEOPHALIS (BINKY) WILSON, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | No. 2:21-cv-02057 |
| CITY OF PHILADELPHIA, ET AL., | : | |
| | : | |
| *Defendants.* | : | |
| | : | |
| CHRISTOPHER WILLIAMS, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 21-cv-5268 |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | | |
| | | |
| *Defendants* | | |

**ORDER**

**AND NOW**, this 17th day of November, 2022, after consideration of the parties joint request for a stay, it is hereby **ORDERED** that this matter by stayed for a period of ninety (90) days. It is further **ORDERED** that absent any filings or stipulations seeking the voluntary dismissal of this action, Counsel shall contact Judge Younge's chambers at the expiration of the ninety (90) day period to ensure that renewed case management deadlines are established.

       **IT IS SO ORDERED.**

                    **BY THE COURT:**


                    /s/ *John Milton Younge*
                    **JUDGE JOHN MILTON YOUNGE**