IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEOPHALIS (BINKY) WILSON | : | |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO:21-cv-02057-JMY |

**FIFTH STATUS REPORT ON BEHALF OF DEFENDANTS
FRANK JASTRZEMBSKI AND MANUEL SANTIAGO**

On April 25, 2022, the Court entered a limited stay, by consent, as to Defendants, Frank Jastrzembski and Manuel Santiago pending the outcome of criminal proceedings in Commonwealth v. Jastrzembski, MC-51-CR-0015176-2021 and Commonwealth v. Santiago, MC-51-CR-0015178-2021. The Court furthered that a status report be provided every sixty days regarding the criminal proceedings.

The status of the criminal proceedings remain unchanged, with the matters scheduled for Trial on September 18, 2023. In the unresolved Wilson civil matter, motions to dismiss are pending and all discovery has been stayed pending a settlement conference. There is no discovery deadline. As there is presently no pressing need for discovery from defendants, Jastrsembski and Santiago, it is requested that the stay remain in place pending the next status update in sixty days.

                                               **Respectfully submitted**

                                               MCMONAGLE PERRI
                                               ss/ FORTUNATO N. PERRI, JR.
                                               FOR DEFENDANTS JASTRZEMBSKI AND SANTIAGO

Dated: March 13, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEOPHALIS (BINKY) WILSON | : | |
| V. | : | |
| CITY OF PHILADELPHIA | : | NO: 21-cv-02057 JMY |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Status Report was served on this date on all interested counsel by way of electronic filing with the Court.

                MCMONAGLE PERRI
                By attorney FORTUNATO N. PERRI, JR
                ss/FORTUNATO . PERRI, JR.
                ATTORNEY FOR FRANK JASTRZEMBSKI
                AND MANUEL SANTIAGO

Dated;  March 13, 2023