# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEOPHALIS (BINKY) WILSON | : |
| | : |
| v. | : NO: 21-cv-02057-JMY |
| | : |
| CITY OF PHILADELPHIA, PENNSYLVANIA, et al. | : |
| | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance as counsel on behalf of **Defendants, Frank Jastrzembski and Manuel Santiago**, in the above-captioned matter.

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: _____
NICHOLAS A. CUMMINS

Date: March 14, 2023