UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THEOPHALIS (BINKY) WILSON** | : |
| *Plaintiff,* | : |
| v. | : |
| **CITY OF PHILADELPHIA; ET AL.,** | : No. 2:21-cv-02057 |
| *Defendants.* | : |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Michelle V. Barone as counsel for Defendants City of Philadelphia, Frank Margerum, Kevin Hollinshead, and Richard Harris the above-captioned matter.

Respectfully submitted,

Dated: April 5, 2023

/s/ *Michelle V. Barone*
MICHELLE V. BARONE (PA ID No. 318237)
Deputy City Solicitor
Civil Rights Unit
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5217
*Counsel for Defendants City of Philadelphia, Frank Margerum Kevin Hollinshead, and Richard Harris*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Notice of Appearance upon all counsel of record via ECF system and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

                /s/ *Michelle V. Barone*
                Michelle V. Barone
                Deputy City Solicitor

Dated: April 5, 2023