UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEOPHALIS (Binky) WILSON,** | : | |
| | : | Case No.   21-cv-2057-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
| | : | |
| *Defendant* | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 13th day of April, 2023, upon consideration of the parties' Joint Motion (ECF No. 119), it is hereby **ORDERED** that the following amended case management schedule is enacted:

- Discovery deadline is **Friday, January 19, 2024**;
- Parties shall produce expert report is due **Friday, February 2, 2024**;
- Rebuttal expert report is due **Friday, February 16, 2024**;[1]
- All expert discovery, including all depositions of expert witnesses are due **Friday, March 1, 2024**;
- All motions for summary judgment and *Daubert* motions shall be filed no later than **Tuesday, April 2, 2024**;
- Reponses to such motions shall be file no later than **Thursday, May 2, 2024.**
- Final pre-trial conference shall be held on **Tuesday, August 6, 2024, at 10:00 a.m.**

Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

4.      Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**BY THE COURT:**

/s/ *John Milton Younge*
_____
            Judge John Milton Younge