### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEOPHALIS WILSON,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-2057** |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.*, | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 11th day of August, 2023, upon consideration of Defendants Former Assistant District Attorney David Desiderio and Former District Attorney Lynne Abraham's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 118), it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 118) is **GRANTED WITH PREJUDICE, WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**