IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEOPHALIS WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-2057 |
| | : | |
| CITY OF PHILADELPHIA, PENNSYLVANIA, et al. | : : | |

**ORDER**

AND NOW, this 28th day of August, 2023, it is ORDERED a settlement conference will be held on October 5, 2023 at 11:30 a.m. in Courtroom 14B. Counsel are directed to appear at the settlement conference with parties with full and complete settlement authority.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.