IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THEOPHALIS (BINKY) WILSON

v.

CITY OF PHILADELPHIA              NO:21-cv-02057-JMY

### SIXTH STATUS REPORT ON BEHALF OF DEFENDANTS FRANK JASTRZEMBSKI AND MANUEL SANTIAGO

On April 25, 2022, the Court entered a limited stay, by consent, as to Defendants, Frank Jastrzembski and Manuel Santiago pending the outcome of criminal proceedings in Commonwealth v. Jastrzembski, MC-51-CR-0015176-2021 and Commonwealth v. Santiago, MC-51-CR-0015178-2021. The Court further ordered that a status report be provided every sixty days regarding the criminal proceedings.

The status of the criminal proceedings remain unchanged, with the matters scheduled for Trial on January 8, 2024. In the unresolved Wilson civil matter, motions to dismiss are pending and all discovery has been stayed pending a settlement conference. There is no discovery deadline. As there is presently no pressing need for discovery from defendants , Jastrsembski and Santiago, it is requested that the stay remain in place pending the next status update in sixty days.

                         **Respectfully submitted**

                         MCMONAGLE_PERRI
                         ss/ FORTUNATO N. PERRI, JR.
                         FOR DEFENDANTS JASTRZEMBSKI AND SANTIAGO

**Dated: October 18, 2023**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THEOPHALIS (BINKY) WILSON

V.

CITY OF PHILADELPHIA                    NO: 21-cv-02057 JMY

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Status Report was served on this date to all interested counsel by way of electronic filing with the Court.

> MCMONAGLE  PERRI
> **By attorney FORTUNATO N. PERRI, JR**
> ss/FORTUNATO . PERRI, JR.
> ATTORNEY FOR FRANK JASTRZEMBSKI
> AND MANUEL SANTIAGO

**Dated: October 18, 2023**