UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILSON, | : | |
| | : | Case No. 21-cv-2057-JMY |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |

## **ORDER**

**AND NOW**, this 1ˢᵗ day of December 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED**, pursuant to the agreement of counsel.

BY THE COURT:

  /S/ John Milton Younge
Judge John Milton Younge