

2345 Grand Boulevard, Suite 2200  
Kansas City, MO 64108  
Main: 816.292.2000

Michael J. Abrams  
Partner  
michael.abrams@lathropgpm.com  
816.460.5530

December 1, 2023

**Via Email at** chambers_younge@paed.uscourts.gov

Honorable John Milton Younge  
District Court Judge  
United States District Court for the Eastern District of Pennsylvania  
15613 U.S. Courthouse, Courtroom 15-B  
601 Market Street  
Philadelphia, PA 19106

RE:   *Theophalis Wilson v. City of Philadelphia, et al.*, Case No. 21-cv-2057

Dear Judge Younge:

The parties are pleased to inform you that a full settlement has been reached in the above-referenced matter. Accordingly, pursuant to Local Rule 41.1(b) this matter may be dismissed with prejudice with all parties to bear their own costs.

Respectfully submitted,

LATHROP GPM LLP

Michael J. Abrams  
One of the Attorneys for Plaintiff Theophalis Wilson

cc:   Anne Taylor (anne.taylor@phila.gov)  
     Danielle E. Walsh (danielle.walsh@phila.gov)  
     Michelle V. Barone (michelle.barone@phila.gov)  
     Joseph E. Zaffarese (jzaffarese@azlawllc.com)  
     Katelyn Lori Mays (kmays@azlawllc.com)  
     Joseph J. Santarone (jjsantarone@mdwcg.com)  
     Kimberly A. Boyer-Cohen (kaboyer-cohen@mdwcg.com)  
     Fortunato N. Perri, Jr. (fperri@mpmpc.com)  
     Frank Trapani (frank@krehertrapani.com)

62869144v1